IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**MARVIN LEWIS HENDERSON, Jr.,**

      Petitioner,

v.               //     CIVIL ACTION NO. 1:11CV16
                                (Judge Keeley)

**TIMOTHY STEWART,**

      Respondent.

**ORDER ADOPTING REPORT AND RECOMMENDATION (DKT. 16)
AND DISMISSING 28 U.S.C. § 2241 PETITION WITH PREJUDICE**

      On May 17, 2011, the Honorable James E. Seibert, United States Magistrate Judge, entered a Report and Recommendation ("R&R"), concluding that this 28 U.S.C. § 2241 petition filed by the pro se petitioner, Marvin Lewis Henderson, Jr. ("Henderson"), should be dismissed. Henderson filed no objection to the R&R, and the time to do so has expired. Accordingly, the Court **ADOPTS** the R&R (dkt. 16) in its entirety, **GRANTS** the respondent's motion to dismiss (dkt. 11), **DENIES** the petition for a writ of habeas corpus, and **DISMISSES** this case **WITH PREJUDICE.**

      It is so **ORDERED.**

      The Court directs the Clerk to prepare a separate judgment order and to transmit copies of both orders to counsel of record and to the pro se petitioner via certified mail, return receipt requested.

DATED: July 18, 2011.

                                        /s/ Irene M. Keeley
                                        IRENE M. KEELEY
                                        UNITED STATES DISTRICT JUDGE